THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDY PICA, Appellant. [934 NYS2d 701]—

The court properly exercised its discretion in determining that substantial justice dictated denial of the motion. Defendant had an extensive criminal history and an extremely poor prison disciplinary record (see e.g. People v Gonzalez, 29 AD3d 400 [2006], lv denied 7 NY3d 867 [2006]). Concur—Saxe, J.P., Catterson, Moskowitz and Acosta, JJ.